UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-695

| | |
|---|---|
| **LISA MAXINE DUNCAN,** | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| **NANCY A. BERRYHILL,** | ) |
| **Acting Commissioner of Social Security,** | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on defendant's Consent Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g). Under 42 U.S.C. § 405(g), the court may enter a judgment reversing a decision in such matters and remanding for further proceedings. The court also notes that plaintiff consents to this motion. Having considered the motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Consent Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (#9) is **GRANTED**, the Commissioner's decision is **REVERSED**, and this case is **REMANDED** to the Commissioner for further proceedings.

Signed: July 25, 2018

Max O. Cogburn Jr.
United States District Judge